JS-6

1  **MFS Legal, Inc.**
   Neal F. Morrow III (SBN 295497)
2  Joseph D. Steward (SBN 337385)
   5318 East 2nd Street, #490
3  Long Beach, CA 90803
   (562) 379-2654
4  lawclerk@calemonlawteam.com (contact)
   eservice@calemonlawteam.com (documents)
5
   Attorneys for Plaintiff
6

7  SJL LAW LLP
   Julian G. Senior (SBN: 219098)
8  Marcelo Lee (SBN: 271980)
   841 Apollo Street, Suite 300
9  El Segundo, CA 90245
   Tel. No.: 424.290.0720
10 Fax No.: 424.290.0721
   Service Email: mail@sjllegal.com
11 (Service at any other email address is invalid)

12 Attorneys for Defendant KIA AMERICA, INC.

13

14

15                **UNITED STATES DISTRICT COURT**

16    **CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION**

17

18 ASHLEY HEATHER SANCHEZ          Case No.: 5:22−cv−01277 SSS (SPx)

19              Plaintiff,          **Assigned to:**    Hon. Sunshine S. Sykes
                                    **Courtroom:**      2
20 vs.

21                                  **ORDER OF DISMISSAL**

22 KIA AMERICA, INC., a
   corporation; DOES 1 through 10,
23 inclusive,

24              Defendants.

25

26

27        .

28

1    Pursuant to the stipulation of the parties under Federal Rule of Civil
2 Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND
3 HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,
4 and parties, with each party bearing that party's own attorney's fees and costs.
5    The Clerk is directed to close the file.

6

7

8 Dated: October 25, 2023      _____

9                              Hon. Sunshine S. Sykes
                              United Stated District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28